**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6319**

_____

TRAYON KIRBY,

                    Plaintiff – Appellant,

          v.

OFFICER HENDERSON; LEE; LIEUTENANT AGNEW; COLE; CARTER;
WADE; CORRECTION OFFICER DUNMILLER; JENKINS; DAVIS;
CORRECTION OFFICER TILLISON; CORRECTION OFFICER STYLES;
ROBINSON, Kitchen Worker; SAUNDERS; HOLCOMB, Kitchen
Worker; MARSHALL, Kitchen Worker,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema,
District Judge. (1:10-cv-01324-LMB-TCB)

_____

Submitted:  June 30, 2011            Decided:  July 6, 2011

_____

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Trayon Kirby, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trayon Kirby appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kirby v. Officer Henderson, No. 1:10-cv-01324-LMB-TCB (E.D. Va. Feb. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED